

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

**FILED**

DEC 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# DOCKETING NOTICE

Docket Number:            24-7700
Originating Case Number:  4:22-cv-06823-JST

Short Title:              Doe, et al. v. Github, Inc., et al.

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**The $605 docketing fee remains due.** Failure to correct this deficiency within 14 days will result in the dismissal of this case for failure to prosecute. See 9th Cir. R. 42-1. The fee is payable to the district court or the tax court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number: 24-7700
Originating Case Number: 4:22-cv-06823-JST

Case Title: Doe, et al. v. Github, Inc., et al.

**Monday, December 30, 2024**
J. Doe — Mediation Questionnaire due
J. Doe — Mediation Questionnaire due

**Friday, January 10, 2025**
J. Doe — Appeal Transcript Order Due
J. Doe — Appeal Transcript Order Due

**Monday, February 10, 2025**
J. Doe — Appeal Transcript Due
J. Doe — Appeal Transcript Due

**Monday, March 10, 2025**
J. Doe — Appeal Opening Brief Due
J. Doe — Appeal Opening Brief Due

**Thursday, April 10, 2025**
Github, Inc. — Appeal Answering Brief Due
Microsoft Corporation — Appeal Answering Brief Due
OpenAI, Inc. — Appeal Answering Brief Due
OpenAI, LP — Appeal Answering Brief Due

| | |
|---|---|
| OpenAI GP, LLC | Appeal Answering Brief Due |
| OpenAI Startup Fund GP I, LLC | Appeal Answering Brief Due |
| OpenAI Startup Fund I, LP | Appeal Answering Brief Due |
| OpenAI Startup Fund Management, LLC | Appeal Answering Brief Due |
| OpenAI OpCo, LLC | Appeal Answering Brief Due |
| OPENAI, LLC | Appeal Answering Brief Due |
| OPENAI GLOBAL, LLC | Appeal Answering Brief Due |
| OAI CORPORATION | Appeal Answering Brief Due |
| OPENAI HOLDINGS, LLC | Appeal Answering Brief Due |
| OPENAI HOLDCO, LLC | Appeal Answering Brief Due |
| OPENAI INVESTMENT | Appeal Answering Brief Due |
| OPENAI STARTUP FUND SPV I, LP | Appeal Answering Brief Due |
| OPENAI STARTUP FUND SPV GP I, LLC | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**