# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 24-7700

**Case Name** J. Doe 1-5 v. GitHub Inc., et al.

**Counsel submitting this form** Joseph R. Saveri

**Represented party/parties** Plaintiff-Petitioners

*Briefly describe the dispute that gave rise to this lawsuit.*

Petitioners J. Doe 1-5 publish their computer code subject to open-source licenses in GitHub repositories. Petitioners bring claims against Respondents GitHub Inc., Microsoft Corp., and OpenAI for (1) violation of Sections 1202(b)(1) and (b)(3) of the Digital Millennium Copyright Act ("DMCA"), alleging Respondents violated their intellectual property rights when Respondents removed or altered copyright management information from Petitioners' code to train the code-generating commercial AI product, GitHub Copilot, which Respondents know regularly outputs verbatim portions of its training data; and (2) breach of contract under California common law arising from Respondents' breach of the terms of Petitioners' open-source licenses requiring attribution to the creator and identifying the applicable open-source license whenever GitHub Copilot outputs Petitioners' code. Petitioners further bring a claim against Respondent GitHub for breach of contract for using Petitioners' code for commercial purposes, in violation of GitHub's terms of service. Petitioners claim actual and statutory damages, injunctive relief, equitable relief, attorney's fees pursuant to 17 U.S.C. § 1203, and remedies as otherwise provided by law.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                 *Rev. 09/01/22*

*Briefly describe the result below and the main issues on appeal.*

On June 24, 2024, the District Court dismissed Petitioners' claims under sections 1202(b)(1) and (b)(3) of the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C § 1202. Section 1202(b)(1) prohibits intentionally removing or altering copyright management information without the permission of the copyright owner, and Section 1202(b)(3) prohibits distributing copies or importing copies for distribution without the permission of the copyright owner while knowing that copyright management information had been removed or altered; each while knowing or having reasonable grounds to know that doing so "will induce, enable, facilitate, or conceal an infringement of any right" under Title 17. The District Court dismissed the DMCA claims, holding that Petitioners "failed to meet the DMCA's identicality requirement."

The main issue on appeal is whether liability under Section 1202(b) of the DMCA includes an "identicality requirement."

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The proceedings below have been stayed pursuant to 28 U.S.C. § 1292 pending the resolution of this interlocutory appeal.

**Signature** /s/ Joseph R. Saveri     **Date** 12/27/2024
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                 *Rev. 09/01/22*

2