# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 34. Disclosure Statement under FRAP 26.1 and Circuit Rule 26.1-1**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form34instructions.pdf

**9th Cir. Case Number(s)** | 24-7700

Name(s) of party/parties, prospective intervenor(s), or amicus/amici filing this form:

| OAI Corporation; OpenAI Global, LLC; OpenAI GP, LLC; OpenAI HoldCo, LLC; OpenAI Holdings, LLC; OpenAI OpCo, LLC; OpenAI Startup Fund GP I, LLC; OpenAI Startup Fund I, LP; OpenAI Startup Fund Management, LLC; OpenAI Startup Fund SPV GP I, LLC; OpenAI Startup Fund SPV I, LP; OpenAI, Inc.; OpenAI, LLC; OpenAI, LP |

Under FRAP 26.1 and Circuit Rule 26.1-1, I make the following disclosures:

1. I disclose the following information required by FRAP 26.1(a) and/or Circuit Rule 26.1-1(b) for any nongovernmental corporation, association, joint venture, partnership, limited liability company, or similar entity[1] which is a party, prospective intervenor, or amicus curiae in any proceeding, or which the government identifies as an organizational victim below in section 2 of this form,[2] or which is a debtor as disclosed below in section 3 of this form.

   a. Does the party, prospective intervenor, amicus, victim, or debtor have any parent companies? Parent companies include all companies that control the entity directly or indirectly through intermediaries.

      ◉ Yes      ○ No

      If yes, identify all parent corporations of each entity, including all generations of parent corporations *(attach additional pages as necessary)*:

      | See attached. |

   b. Is 10% or more of the stock of the party, prospective intervenor, amicus, victim, or debtor owned by a publicly held corporation or other publicly held entity?

      ◉ Yes      ○ No

---

[1] A corporate entity must be identified by its full corporate name as registered with a secretary of state's office and, if its stock is publicly listed, its stock symbol or "ticker."

[2] To the extent it can be obtained through due diligence.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 34             1             New 12/01/24

    If yes, identify all such owners for each entity *(attach additional pages as necessary)*:

> See attached.

2. In a criminal case, absent good cause shown, the government must identify here any organizational victim of the alleged criminal activity:

> N/A

3. In a bankruptcy case, the debtor, the trustee, or, if neither is a party, the appellant must identify here each debtor not named in the court of appeals caption:

> N/A

4. Are you aware of any judge serving on this Court who participated at any stage of the case, either in district court, administrative proceedings, or in related state court proceedings?
   - ○ Yes  ◉ No

   If yes, list the name of the judge and the case name, case number, and name of court of the related proceedings:

> N/A

I certify that *(select only one)*:

◉ this is the first disclosure statement filed in the above-referenced case by the above-identified party/parties, prospective intervenor(s), or amicus/amici, and this disclosure statement complies with FRAP 26.1 and Circuit Rule 26.1-1.

○ the party/parties, prospective intervenor(s), or amicus/amici submitting this supplemental disclosure statement has previously filed a compliant disclosure statement in this case, and this updated disclosure statement discloses changed or additional information.

○ I have reviewed this form, FRAP 26.1, and Circuit Rule 26.1-1 and, to the best of my knowledge, have no information to disclose at this time.

**Signature** s/Aileen M. McGrath    **Date** 01/06/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 34      2      New 12/01/24

## CORPORATE DISCLOSURE STATEMENTS

OpenAI Inc. and OpenAI Startup Fund GP I, L.L.C. state that they have no parent company and no publicly held corporation owns 10% or more of their stock.

OpenAI Startup Fund I, L.P. states that it is a subsidiary of OpenAI Startup Fund GP I, L.L.C. and Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Startup Fund I, LP.

OpenAI GP, L.L.C., OAI Corporation, and OpenAI Holdings, LLC state that they are subsidiaries of OpenAI, Inc. and no publicly held corporation has a financial interest of 10% or more.

OpenAI OpCo, L.L.C. (OpenAI OpCo) states that OpenAI, L.P. recently changed its name to OpenAI OpCo, L.L.C. OpenAI OpCo further states it is a subsidiary of OpenAI Global, LLC and that Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Global, LLC.

OpenAI HoldCo LLC was dissolved in April 2023, and was a subsidiary of OpenAI LLC.

OpenAI LLC states that it is a subsidiary of OpenAI Global, LLC and that Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Global, LLC.

OpenAI Global, LLC states that it is a subsidiary of OpenAI Inc. and that Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Global, LLC.

OpenAI Startup Fund Management, LLC and OpenAI Startup Fund SPV GP I LLC state that they are subsidiaries of OpenAI Startup Fund GP I, LLC and that no publicly held corporation has a financial interest of 10% or more.

OpenAI Startup Fund SPV I, LP states that it is a subsidiary of OpenAI Startup Fund SPV GP I, LLC and that no publicly held corporation has a financial interest of 10% or more.

Dated: January 6, 2025                          /s/ Aileen M. McGrath
                                                      Aileen M. McGrath

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the ACMS system on January 6, 2025.

I certify that all participants in the case are registered ACMS users and that service will be accomplished by the ACMS system.

Dated: January 6, 2025                                  /s/ Aileen M. McGrath
                                                                     Aileen M. McGrath