No. 24-7700

# United States Court of Appeals for the Ninth Circuit

---

J. DOE 1, et al.,

*Plaintiffs-Appellants,*

*v.*

GITHUB, INC., et al.,

*Defendants-Appellees.*

---

On Appeal from the United States District Court
for the Northern District of California
No. 4:22-cv-06823, Hon. Jon S. Tigar

---

**APPELLANTS' EXCERPTS OF RECORD**

**INDEX VOLUME**

---

JOSEPH SAVERI
LAW FIRM, LLP
Joseph R. Saveri
Christopher K.L. Young
601 California St., 1505
San Francisco, CA 94108
(415) 500-6800
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com

Matthew Butterick
1920 Hillhurst Ave.
Ste. 406
Los Angeles, CA 90027
(323) 968-2632
mb@buttericklaw.com

BOIES SCHILLER FLEXNER LLP
Jesse Panuccio
Evan Ezray
401 East Las Olas Blvd.
Fort Lauderdale, FL 33301
(954) 356-0011
jpanuccio@bsfllp.com
eezray@bsfllp.com

Maxwell V. Pritt
44 Montgomery St., 41st Fl.
San Francisco, CA 94104

(415) 293-6800
mpritt@bsfllp.com

*Counsel for Plaintiff-Appellants and Proposed Class*

# INDEX

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **VOLUME 1 of 3** | | | |
| Order Granting in Part Denying in Part Motions to Dismiss | 6/24/2024 | 253 | 3-17 |
| **VOLUME 2 of 3** | | | |
| Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292 | 10/7/2024 | 1.1 (9th Cir. No. 24-6136) | 20-45 |
| Notice of Appeal: Order Granting Motion to Certify Order for Interlocutory Appeal and Motion to Stay Pending Appeal | 9/27/2024 | 282 | 46-50 |
| Appeal Docket for Case No. 24-6136 – United States Court of Appeals for the Ninth Circuit *Doe, et al. v. GitHub, Inc., et al.* | 10/8/2024 | - | 51-65 |
| Civil Docket for Case No. 4:22-cv-06823-JST– United States District Court, California Northern District (Oakland) *Doe 1, et al. v. GitHub, Inc. et al.* | 7/7/2023 | - | 66-117 |

| VOLUME 3 of 3 – UNDER SEAL | | | |
|---|---|---|---|
| Answer to Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292 | 10/17/2024 | 14.1 (9th Cir. No. 24-6136) | 120-154 |
| Defendants GitHub and Microsoft's Notice of Motion and Motion to Dismiss Portions of the Second Amended Complaint in Consolidated Actions | 2/28/2024 | 214-2 | 155-180 |
| Second Amended Complaint | 1/25/2024 | 197-3 | 181-244 |
| Order Granting in Part Denying in Part Motion to Dismiss | 1/22/2024 | 189 | 245-261 |
| Defendants OpenAI, Inc., OpenAI, L.P., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P. and OpenAI Startup Fund Management, LLC's Motion to Dismiss First Amended Complaint | 6/29/2023 | 109-3 | 262-298 |
| Defendants GitHub and Microsoft's Notice of Motions and Motions to Dismiss Portions of the First Amended Complaint in Consolidated Actions | 6/29/2023 | 107-2 | 299-327 |

2