No. 24-7700

---

# United States Court of Appeals
## for the
## Ninth Circuit

---

J. DOE 1, et al.,

*Plaintiffs-Appellants,*

*v.*

GITHUB, INC., et al.,

*Defendants-Appellees.*

---

On Appeal from the United States District Court
for the Northern District of California
No. 4:22-cv-06823, Hon. Jon S. Tigar

---

**APPELLANTS' MOTION TO SEAL VOLUME 3 OF THE
EXCERPTS OF RECORD**

---

JOSEPH SAVERI
LAW FIRM, LLP
Joseph R. Saveri
Christopher K.L. Young
601 California St., 1505
San Francisco, CA 94108
(415) 500-6800
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com

Matthew Butterick
1920 Hillhurst Ave.
Ste. 406
Los Angeles, CA 90027
(323) 968-2632
mb@butToricklaw.com

BOIES SCHILLER FLEXNER LLP
Jesse Panuccio
Evan Ezray
401 East Las Olas Blvd.
Fort Lauderdale, FL 33301
(954) 356-0011
jpanuccio@bsfllp.com
eezray@bsfllp.com

Maxwell V. Pritt

44 Montgomery St., 41st Fl.
San Francisco, CA  94104
(415) 293-6800
mpritt@bsfllp.com

*Counsel for Plaintiff-Appellants and Proposed Class*

# INTRODUCTION

Pursuant to Federal Rules of Appellate Procedure 27 and Ninth Circuit Rule 27-13, Plaintiffs-Appellants J. Does 1-5, ("Appellants") respectfully move the Court to redact information that appears in the Excerpts of Record Volume 3 that can be used to personally identify Appellants. This information was previously redacted in the district court, and by this Court in Appellants' Petition for Interlocutory Appeal. *See* Order Filed, *Doe 1 et al. v. GitHub Inc. et al.,* No. 24-6136, (9th Cir. Dec. 19, 2024), ECF No. 29.1.

By this motion, Appellants seek to maintain the sealing of limited information, specifically their identities and their unique computer code that is sufficient to personally identify them. Appellants seek to continue to seal this information because of threats against them, including threats of violence and bodily harm. Appellants presented evidence of such threats in the district court and based on this evidence the district court made factual findings that Appellants faced serious and repeated threats of physical violence should their identities be revealed. That threat continues. Further, Appellees identified no prejudice in allowing Appellants to proceed pseudonymously. Indeed,

1

Appellants' identities were disclosed to Appellees under the protection of the protective order entered by the district court.

By this motion, Appellants seek to maintain under seal only those portions of the record that this Court and the district court ordered sealed after reviewing evidence regarding the likely harm to Appellants, and which this Court continued to seal during the Petition for interlocutory appeal. Appellants do not request that material other than information that can be used to personally identify Appellants be maintained under seal or otherwise to expand the limited scope of sealed material. Plaintiffs accordingly seek to seal the following documents:

| EXCERPTS OF RECORD, VOLUME 3 OF 3 – UNDER SEAL | | |
|---|---|---|
| **Document** | **Redact** | **Reason** |
| Microsoft and GitHub's Answer to Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292 (ECF No. 14.1) | 3-ER-39,150 | Computer Code that can be used to identify Doe 1 |
| Defendants Github and Microsoft's Notice of Motion and Motion to Dismiss Portions of the Second Amended Complaint in Consolidated Actions (ECF No. 214-2) | 3-ER-167,172 | Computer code and descriptions of code that can be used to identify Doe 1 and Doe 2 |
| Second Amended Complaint (ECF No. 197-3) | 3-ER-188-189, 209-221 | Does 1-5's proper names, and |

| | | computer code that can be used to identify Doe 1, Doe 2, and Doe 5 |
|---|---|---|
| Order Granting in Part Denying in Part Motion to Dismiss the FAC (ECF No. 189) | 3-ER-247-248 | Computer code and descriptions of code that can be used to identify Doe 1, Doe 2, and Doe 5 |
| Defendants OpenAI, Inc., OpenAI, L.P., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P. and OpenAI Startup Fund Management, LLC's Motion to Dismiss First Amended Complaint (ECF No. 109-3) | 3-ER-276-277, 279,283-285 | Computer code and descriptions of code that can be used to identify Doe 1, Doe 2, and Doe 5 |
| Defendants Github and Microsoft's Notice of Motions and Motions to Dismiss Portions of the First Amended Complaint in Consolidated Actions (ECF No. 107-2) | 3-ER-311-312, 318-319 | Computer code and descriptions of code that can be used to identify Doe 1 and Doe 2 |

## FACTUAL BACKGROUND

Appellants filed their lawsuit pseudonymously because they reasonably feared they would be subject to threats of retaliation and violence if their identities were known to the public. Those fears were unfortunately well-justified. Appellants, through their counsel, received numerous threats of physical violence. These are specific threats of violence sent directly to Appellants' counsel. *See* **Exhibit A**

3

Declaration of Joseph Saveri with its exhibits previously filed in conjunction with the Petition. Declaration of Joseph R. Saveri and Exhibit 1, *J. Doe 1 et al. v. GitHub Inc. et al.,* No. 24-6136, (9th Cir. Nov. 7, 2024), ECF Nos. 21.2 and 21.3. Indeed, the threats of physical violence predate the filing of Appellants' initial complaint. Ex. A at ¶ 2. One message states: "I literally hope someone murder you." Ex. A at Ex. 1. Mere days after Appellants filed their initial Complaint, Appellants' counsel received the following message: "go f*****g cry about github you f*****g piece of s**t n****r, I hope your throat gets cut open and every single family member of you is burnt to death." Ex. A at Ex. 1. These are only examples. Appellants' counsel received other threats, which were passed on for investigation to the Federal Bureau of Investigation. Ex. A at ¶ 4.

Appellees objected to Appellants' efforts to protect themselves both in the district court and in the Petition to this Court for this interlocutory appeal, and both times Appellants' motion to seal and to continue to proceed anonymously was granted. After an evidentiary showing, the district court granted Appellants' motion to proceed anonymously and file personally identifying information under seal.

*Doe 1 v. GitHub, Inc.*, 672 F. Supp. 3d 837, 852 (N.D. Cal. 2023) ("*Doe 1*"). The district court found evidence of serious and repeated online threats of violence and harassment sent to Appellants and their counsel as sufficient basis for Appellants proceeding pseudonymously. *Id.* at 852–53 ("The threatened harm in this case—death –is plainly severe."). And in granting the Petition for this interlocutory appeal, this Court also granted Appellants' motion to continue to seal documents previously sealed in the district court that could be used to identify the Appellants. Order Filed, *J. Doe 1,* No. 24-6136, ECF No. 29.1. There is no reason here to depart from these previous orders and risk Appellants' safety and well-being.

## ARGUMENT

Ninth Circuit Rule 27-13(e) states that a party moving for sealing or redaction must explain "the specific reasons for this relief and describe the potential for irreparable injury in the absence of such relief." Here, repeated violent death threats aimed at Appellants and their counsel are the reasons Appellants continue to seek permission to proceed anonymously and to redact information that could be used by the public to personally identify them. The irreparable injury here is

potential violence or death. The violent threats Appellants and their counsel received upon filing this lawsuit are disturbing and caused the district court below to allow Appellants to proceed pseudonymously. *Doe 1* at 852. Information that can be used to personally identify Appellants has been consistently sealed and redacted in the district court proceedings and during the Petition. Appellees have not been prejudiced in any way.

Parties may proceed pseudonymously "in the 'unusual case' when nondisclosure of the party's identity 'is necessary ... to protect a person from harassment, injury, ridicule or personal embarrassment." *Does I thru XXIII v. Advanced Textile Corp.,* 214 F.3d 1058, 1067–68 (9th Cir. 2000). The threats of physical harm which have occurred here "present[ ] the paradigmatic case for allowing anonymity." *Doe v. Kamehameha Schs./Bernice Pauahi Bishop Est.*, 596 F.3d 1036, 1043 (9th Cir. 2010). Where a party seeks to proceed pseudonymously because of the threat of retaliation or other threatened harm, a district court must balance five factors: (1) the severity of the threatened harm, (2) the reasonableness of the anonymous party's fears, (3) the anonymous party's vulnerability to such retaliation, (4) the prejudice to the

opposing party, and (5) the public interest. *Kamehameha,* 596 F.3d at 1042.

The first two factors of the balancing test for retaliatory harm severity of the threatened harm and the reasonableness of the fear of such harm "are intricately related and should be addressed together." *Id.* at 1043. Appellants need not prove the speakers intend to carry out the threatened retaliation, but rather "that a reasonable person would believe that the threat might actually be carried out." *Advanced Textile,* 214 F.3d at 1071. It is in the purview of the court to view alleged threats in context and determine what the "reasonable" person in the Appellants' situation would fear. *Kamehameha,* 596 F.3d at 1044.

The district court, after reviewing only a sample of threatening emails (*see* Ex. A), found that Appellants and their counsel have been subject to repeated "veiled threats wishing death upon Plaintiffs' counsel on the basis of his involvement in this lawsuit." *Doe 1,* 672 F. Supp. 3d at 852. Appellees do not contend to the contrary. Based on the evidence presented, the district court found it reasonable for Appellants to fear that threats might be carried out against them if

7

their identities were to become public based on emails that wished death upon their counsel. *Id.* at 853. Further, neither the court nor the Appellees identified any prejudice to proceeding pseudonymously. *Id.* Indeed, Appellants' identities are known to them subject to the underlying protective order in the case, such that Appellees are able to defend themselves in the underlying litigation. Finally, the district court found that when, as here, the Appellants' identities are not central to the issues raised by a case, the public interest would not be harmed by permitting Appellants to proceed pseudonymously. *Id.* Consideration of these factors lead the district court, *id.*, and this Court, Order Filed, *J. Doe 1,* No. 24-6136, ECF No. 29.1., to allow Appellants to proceed pseudonymously, and such factors continue to warrant the redaction of personally identifying information at issue here.

Ninth Circuit rules that control sealing do not provide a rationale for overturning the district court's findings or this Court's previous order allowing Appellants to continue to proceed anonymously. The district court's ruling was grounded in the facts and amply supported by applicable Ninth Circuit law. *Doe 1,* 672 F. Supp. 3d at 852-53 (citing cases). Further, the sealing motion is as narrowly tailored as feasible,

8

seeking to seal only Appellants' names and personally identifying information. By sealing this information, consideration of the merits of the appeal will not be limited in any way nor will any prejudice inure to the parties.

## CONCLUSION

For the foregoing reasons, Appellants respectfully request the Court continue to seal the redactions included in Volume 3 of the Excerpts of Record submitted with this appeal.

Dated: April 9, 2025

Respectfully submitted,

By: */s/ Joseph R. Saveri*

Maxwell V. Pritt
Margaux Poueymirou
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio
Evan Ezray
Daniel Morales
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd., Ste 1200
Fort Lauderdale, FL 33301
(954) 356-0011
jpanuccio@bsfllp.com
eezray@bsfllp.com
dmorales@bsfllp.com

Joseph R. Saveri
Christopher K.L. Young
Evan Cruetz
William W. Castillo Guardado
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Francisco, CA 94108
(415) 500-6800
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
wcastillo@saverilawfirm.com

Matthew Butterick
(State Bar No. 250953)
1920 Hillhurt Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butstericklaw.com

*Counsel for Appellants J. DOE, 1 and J. DOE, 2-5*

10

## CERTIFICATE OF COMPLIANCE

This certification is made pursuant to Fed. R. App. P. 32(g). This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A)-(B) (maximum of 5,200 words and 20 pages) in that — according to the word count feature of the word-processing program with which it was prepared (Microsoft Word)—the motion contains 1,647 words, excluding the portions exempted by Rule 32(f).

As required by Fed. R. App. P. 27(d)(1)(E), this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirement of Fed. R. App. P. 32(a)(6) because this motion was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: April 9, 2025                              Respectfully submitted,

                                                  By: /s/ *Joseph R. Saveri*
                                                      Joseph R. Saveri

# EXHIBIT A

Case No. 24-6136

In The

# United States Court of Appeals
# for the Ninth Circuit

---

J. DOE 1, et al.,
Individually and on behalf of all others similarly situated,

*Plaintiffs and Petitioners*

v.

GITHUB, INC., et al.,

*Defendants and Respondents*

---

Petition for Permission to Appeal a Certified Order from
the United States District Court for the Northern District of California,
No. 4:22-cv-06823-JST, Hon. Jon S. Tigar

---

## DECLARATION IN SUPPORT OF MOTION TO SEAL DEFENDANT-RESPONDENTS MICROSOFT CORP. AND GITHUB INC.'S ANSWER TO PETITION FOR PERMISSION TO APPEAL

---

JOSEPH R. SAVERI
**JOSEPH SAVERI LAW FIRM, LLP**
601 California St., 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Email:
jsaveri@saverilawfirm.com

MATTHEW BUTTERICK
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Email:
mb@butticklaw.com

MAXWELL V. PRITT
JESSE PANUCCIO
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st FL
San Francisco, CA 94104
Telephone: (415) 293-6800
Email: mpritt@bsfllp.com
jpanuccio@bsfllp.com

*Attorneys for Plaintiff-Petitioners and the Proposed Class*

## DECLARATION OF JOSEPH R. SAVERI

I, Joseph R. Saveri, declare as follows:

1.      I am a member in good standing of the California bar and am the founder and General Partner of the Joseph Saveri Law Firm, LLP, counsel of record for Plaintiff-Petitioners in this appeal. I submit this declaration in support of Petitioners' Motion to Seal Defendant-Respondents Microsoft Corp. and GitHub Inc.'s Answer to Petition for Permission to Appeal. I make this declaration based upon my own personal knowledge and, if called as a witness in this action, I would be able to competently testify as to the facts set forth herein.

2.      Petitioners recognize that proceeding anonymously is unusual. Petitioners, however, filed under pseudonyms because they reasonably feared they would be subject to threats of retaliation and physical violence. Unfortunately, these fears turned out to be well-founded. Indeed, the threats of physical violence predate the filing of Petitioners' complaint.

3.      Attached hereto as **Exhibit 1** are true and correct copies of threatening emails received by Petitioners' counsel, and which were previously filed in the district court as ECF Nos. 68-1, 68-2 and 68-3.

4.      The attached emails are only examples of the threats received. Petitioners' counsel received other threats, which were passed on to the Federal Bureau of Investigation.

1

5.     Other than their names and other information which could be used to identify Petitioners, Petitioners did not seek to seal before the district court any of the other material set forth in the operative complaint.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2024.                    /s/ *Joseph R. Saveri*
                                                          Joseph R. Saveri

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 15. Certificate of Service for Electronic Filing

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

**9th Cir. Case Number(s)** | 24-6136

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

DECLARATION IN SUPPORT OF MOTION TO SEAL DEFENDANT-RESPONDENT MICROSOFT CORP. AND GITHUB INC.'S ANSWER TO PETITION FOR PERMISSION TO APPEAL; SEALED EXHIBIT 1 TO DECLARATION IN SUPPORT OF MOTION TO SEAL

**Signature** | /s/ Joseph R. Saveri | **Date** | November 7, 2024

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# EXHIBIT 1
# UNDER SEAL

**Travis Manfredi**

| | |
|---|---|
| **From:** | trekk star <trekkstar352@gmail.com> |
| **Sent:** | Thursday, October 27, 2022 5:12 AM |
| **To:** | mb@mbtype.com |
| **Subject:** | Ai |

Hey Matthew Buttfukig,
imagine shooting against ai 🤣 🤣 🤣,
youre the biggest clown i know.
go kys r3tard.
kill urself.

your life is garbage and you too.
pls do us a favor and go commit die,
less crying nggas out there after.



## Travis Manfredi

**From:** Pierre Balian <pierre@baliandesign.com>
**Sent:** Friday, November 4, 2022 8:58 AM
**To:** Matthew Butterick
**Subject:** Github Copilot

You are a bitch and I hope you fucking die you piece of shit.  It's people like you why this world sucks so fucking bad and we can't have nice things.

I literally hope someone murder you.  Go fucking die.

--
**Pierre Balian** - Website Developer
612-469-5535

**Travis Manfredi**

| | |
|---|---|
| **From:** | Anonymousemail <noreply@anonymousemail.me> |
| **Sent:** | Saturday, November 5, 2022 10:38 AM |
| **To:** | GitHub Inquiries |
| **Subject:** | lol |

Powered by **Anonymousemail** → Join Us!

go fucking cry about github you fucking piece of shit nigger, i hope your throat gets cut open and every single family member of you is burnt to death

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 15. Certificate of Service for Electronic Filing

**9th Cir. Case Number(s)**: 24-7700

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

Service on Case Participants Who Are Registered for Electronic Filing:

[ **X** ] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

Service on Case Participants Who Are NOT Registered for Electronic Filing:

[ ] I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants (list each name and mailing/email address):

Description of Document(s) (required for all documents):

- Appellants' Motion to Seal Volume 3 of the Excerpts of Record

- Appellants' Excerpts of Record, Volume 3 – UNDER SEAL, containing the following documents:

  - Microsoft and GitHub's Answer to Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292 (ECF No. 14.1)

13

- Defendants GitHub and Microsoft's Notice of Motion and Motion to Dismiss Portions of the Second Amended Complaint in Consolidated Actions (ECF No. 214-2)

- Second Amended Complaint (ECF No. 197-3)

- Order Granting in Part Denying in Part Motion to Dismiss the First Amended Complaint (ECF No. 189)

- Defendants OpenAI, Inc., OpenAI, L.P., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P. and OpenAI Startup Fund Management, LLC's Motion to Dismiss First Amended Complaint (ECF No. 109-3)

- Defendants GitHub and Microsoft's Notice of Motions and Motions to Dismiss Portions of the First Amended Complaint in Consolidated Actions (ECF No. 107-2)

Signature: /s/ Joseph R. Saveri_____    Date: _April 9, 2025_