**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

APR 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| J. DOE, 1 and J. DOE, 2-5, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>GITHUB, INC., a Delaware corporation; et al.,<br><br>        Defendants - Appellees. | No. 24-7700<br><br>D.C. No. 4:22-cv-06823-JST<br>Northern District of California, Oakland<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The unopposed motion (Docket Entry No. 20) to file under seal Volume 3 of the excerpts of record is granted. The clerk will file publicly the motion to seal (Docket Entry No. 20.1), the opening brief (Docket Entry No. 18), and Volumes 1 through 2 of the excerpts of record (Docket Entry No. 19). The clerk will maintain under seal Volume 3 of the excerpts of record at Docket Entry No. 27.

The motions (Docket Entry Nos. 28, 29) for leave to file an amicus curiae brief, and the motion (Docket Entry No. 30) of ACT | The App Association for an extension of time to file its amicus curiae brief are referred to the panel that considers the merits of this appeal.

Within 7 days, prospective amici must file 6 paper copies of their respective briefs. Each copy must have a green cover and must include at the end a

certification that the brief is identical to the electronic version. A Form 18 certificate is available at http://www.ca9.uscourts.gov/forms/.

The paper copies must be submitted to the courthouse in San Francisco.

The existing briefing schedule remains in effect.