No. 24-7700

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

J. DOE, 1; J. DOE, 2-5,
individually and behalf of all others similarly situated,

*Plaintiffs-Appellants*,

v.

GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, LP, a Delaware limited partnership; OPENAI GP, LLC, a Delaware limited liability company; OPENAI STARTUP FUND GP I, LLC, a Delaware limited liability company; OPENAI STARTUP FUND I, LP, a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company; OPENAI OPCO, LLC; OPENAI, LLC; OPENAI GLOBAL, LLC; OAI CORPORATION; OPENAI HOLDINGS, LLC; OPENAI HOLDCO, LLC; OPENAI INVESTMENT; OPENAI STARTUP FUND SPV I, LP; OPENAI STARTUP FUND SPV GP I, LLC,

*Defendants-Appellees*.

Appeal from the United States District Court for the Northern District of California, No. 4:22-cv-06823, Hon. Jon S. Tigar

**OPENAI DEFENDANTS-APPELLEES'
RESPONSE AND STATEMENT OF NON-OPPOSITION
TO MOTIONS FOR LEAVE TO FILE *AMICUS CURIAE* BRIEFS**

On April 16 and 17, 2025, two sets of prospective *amici curiae* in this appeal—the Authors' Guild et al. and ACT | The App Association—filed motions for leave to file *amicus curiae* briefs. Both motions stated that the OpenAI Defendants-Appellees ("OpenAI") did not consent to the filing of the motions.

Dkt. 28.2 at 1; Dkt. 29.1 at 1.[1]  Neither party, however, ever contacted OpenAI to ask for its position.  Had OpenAI been asked for its position, it would have consented to the filing of both motions.  Accordingly, to conserve the Court's resources in considering both motions, OpenAI states that it does not oppose the filing of either amicus brief.

| | |
|---|---|
| Dated:  May 5, 2025 | Respectfully submitted, |
| | /s/ Aileen M. McGrath |
| JOHN R. LANHAM<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA 92130 | AILEEN M. MCGRATH<br>JOSEPH C. GRATZ<br>TIFFANY CHEUNG<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Tel:  (415) 268-6153<br>AMcGrath@mofo.com |

*Counsel for OpenAI, Inc.; OpenAI, LP; OpenAI GP, LLC;*
*OpenAI Startup Fund GP I, LLC; OpenAI Startup Fund I, LP;*
*OpenAI Startup Fund Management, LLC; OpenAI OpCo, LLC;*
*OpenAI, LLC; OpenAI Global, LLC; OAI Corporation;*
*OpenAI Holdings, LLC; OpenAI HoldCo, LLC;*
*OpenAI Startup Fund SPV I, LP; OpenAI Startup Fund SPV GP I, LLC*

---

[1] The OpenAI Defendants-Appellees are OpenAI, Inc.; OpenAI, LP; OpenAI GP, LLC; OpenAI Startup Fund GP I, LLC; OpenAI Startup Fund I, LP; OpenAI Startup Fund Management, LLC; OpenAI OpCo, LLC; OpenAI, LLC; OpenAI Global, LLC; OAI Corporation; OpenAI Holdings, LLC; OpenAI HoldCo, LLC; OpenAI Startup Fund SPV I, LP; and OpenAI Startup Fund SPV GP I, LLC.

## CERTIFICATE OF COMPLIANCE

The foregoing filing complies with the relevant type-volume limitations and typeface and type style requirements of the Federal Rules of Appellate Procedure and the Ninth Circuit Rules because it has been prepared in a proportionally spaced typeface, including serifs, in Times New Roman 14-point font using Microsoft Word and does not exceed 20 pages.

Dated: May 5, 2025                                         /s/ Aileen M. McGrath
                                                                              Aileen M. McGrath

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the ACMS system on May 5, 2025.

I certify that all participants in the case are registered ACMS users and that service will be accomplished with the ACMS system.

Dated: May 5, 2025 /s/ Aileen M. McGrath
Aileen M. McGrath

ny-2948204