# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form:* [http://www.ca9.uscourts.gov/forms/form14instructions.pdf](http://www.ca9.uscourts.gov/forms/form14instructions.pdf)

**9th Cir. Case Number(s)** | 24-7700

**Case Name** | Doe, et al. v. Github, Inc., et al.

**Requesting Party Name(s)** | OPENAI, LLC, OPENAI GLOBAL, LLC, OAI COR

**I am:**
- ○ The party requesting the extension.
- ● Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**
- ☒ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated _____
- ☐ Other (*you **must** describe the document*)

**The requested new due date is:** Jul 11, 2025

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

An extension of time is warranted because OpenAI appellees recently retained Williams & Connolly LLP as lead appellate counsel in this matter. Williams & Connolly has had no prior involvement in this case and counsel need additional time to familiarize themselves with the issues and to prepare an answering brief. Further, an extension of time is warranted because counsel have been and will be engaged with prior commitments in other matters with proximate deadlines (see attached).

**Signature** | s/ Lisa S. Blatt       **Date** | May 5, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**                                    1                        *New 12/01/2018*

| **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8** |
|:---:|
| *Complete this section for criminal or immigration cases.* |

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

This motion is my _____ request.
*(Examples: first, second)*

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: _____.

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** _____   **Date** _____
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**   2   New 12/01/2018

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [answering] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: [May 12, 2025]

3. The brief's first due date was: [May 12, 2025]

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   An extension of time is warranted because OpenAI appellees recently retained Williams & Connolly LLP as lead appellate counsel in this matter and because counsel have been and will be engaged with prior commitments in other matters with proximate deadlines (see attached).

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion)*:

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** [s/ Lisa S. Blatt]    **Date** [May 5, 2025]
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**        3        *New 12/01/2018*

**ATTACHED EXPLANATION IN SUPPORT OF EXTENSION:**

1. OpenAI's counsel is counsel for defendant in *Garcia v. Starbucks Corp.* (Cal. Sup. Ct. 20STCV10214), in which a motion for a new trial and a motion for judgment notwithstanding the verdict are due May 8, 2025; counsel for petitioner in *Ellingburg v. United States*, No. 24-482 (S. Ct.), in which petitioner's opening merits brief is due May 22, 2025; counsel for petitioner/cross-respondent in *Siren Retail Corp. v. NLRB*, No. 24-6926 (9th Cir.), in which the opening brief is due May 27, 2025; counsel for petitioner in *South Point Energy Center LLC v. Arizona Department of Revenue*, No. 24-952 (S. Ct.), in which a reply brief in support of certiorari is due June 6, 2025; counsel for petitioner/cross-respondent in *Starbucks Corp. v. NLRB*, No. 24-60650 (5th Cir.), in which an opening brief is due June 16, 2025; counsel for petitioner/cross-respondent in *Starbucks Corp. v. NLRB*, No. 24-60651 (5th Cir.), in which an opening brief is due June 16, 2025; counsel for petitioner/cross-respondent in *Starbucks Corp. v. NLRB*, No. 24-60653 (5th Cir.), in which an opening brief is due June 16, 2025; counsel for petitioner/cross-respondent in *Starbucks Corp. v. NLRB*, No. 24-60516 (5th Cir.), in which a reply brief is due June 20, 2025; and counsel for

petitioner/cross-respondent in *Starbucks Corp. v. NLRB*, No. 24-60649 (5th Cir.), in which an opening brief is due June 20, 2025.

2. Counsel for OpenAI will also be traveling out of the country May 16-30, 2025.

3. These obligations will impair the ability of OpenAI's counsel to prepare their opening brief in this appeal by the current May 12, 2025 deadline.