No. 24-7700

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

J. DOE, 1; J. DOE, 2-5,
individually and on behalf of all others similarly situated,

        Plaintiffs-Appellants,

        v.

GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, LP, a Delaware limited partnership; OPENAI GP, LLC, a Delaware limited liability company; OPENAI STARTUP FUND GP I, LLC, a Delaware limited liability company; OPENAI STARTUP FUND I, LP, a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company; OPENAI OPCO, LLC; OPENAI, LLC; OPENAI GLOBAL, LLC; OAI CORPORATION; OPENAI HOLDINGS, LLC; OPENAI HOLDCO, LLC; OPENAI INVESTMENT; OPENAI STARTUP FUND SPV I, LP; OPENAI STARTUP FUND SPV GP I, LLC,

        Defendants-Appellees.

**DEFENDANTS-APPELLEES GITHUB, INC. AND MICROSOFT CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF**

Pursuant to Ninth Circuit Rule 31-2.2(b), Defendants-Appellees GitHub, Inc. and Microsoft Corporation respectfully move this Court for a 60-day extension of time, from May 12, 2025 to and including July 11, 2025, to file their Answering Brief. This is GitHub and Microsoft's first motion for an extension of time to file their Answering Brief. Per Ninth Circuit Rule 31-2.2(b), this motion is made at least seven days before Moving Appellees' existing deadline. Appellants' counsel has indicated that they do not oppose this request. And all other Appellees in this case have moved for an identical extension of time for their Answering Brief, which would make the briefs due on the same date.

Good cause exists to grant the requested extension. As detailed in the accompanying declaration, the requested extension is warranted because of the confluence of various deadlines on other matters, including in this Court, as well to align deadlines with other Appellees in the case, whose counsel requires time to come up to speed on the issues presented. Counsel thus requires additional time despite ongoing diligent work on this matter.

In light of these circumstances, explained in further detail in the attached declaration, GitHub and Microsoft respectfully request that

this Court grant the unopposed motion for a 60-day extension of time to file their Answering Brief.

| | |
|---|---|
| May 5, 2025 | Respectfully submitted, |
| | */s/ Christopher J. Cariello* |
| William W. Oxley | Christopher J. Cariello |
| Alyssa M. Caridis | ORRICK, HERRINGTON & |
| ORRICK, HERRINGTON & |    SUTCLIFFE LLP |
|    SUTCLIFFE LLP | 51 West 52nd Street |
| 355 S. Grand Avenue, Suite 2700 | New York, NY 10019 |
| Los Angeles, CA 90071 | (212) 506-5000 |
| | |
| | Annette L. Hurst |
| | ORRICK, HERRINGTON & |
| |    SUTCLIFFE LLP |
| | 405 Howard Street |
| | San Francisco, CA 94105 |
| | (415) 773-5700 |

*Counsel for Defendants-Appellees*
*GitHub, Inc. and Microsoft Corporation*

No. 24-7700

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

J. DOE, 1; J. DOE, 2-5,
individually and on behalf of all others similarly situated,

      Plaintiffs-Appellants,

      v.

GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, LP, a Delaware limited partnership; OPENAI GP, LLC, a Delaware limited liability company; OPENAI STARTUP FUND GP I, LLC, a Delaware limited liability company; OPENAI STARTUP FUND I, LP, a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company; OPENAI OPCO, LLC; OPENAI, LLC; OPENAI GLOBAL, LLC; OAI CORPORATION; OPENAI HOLDINGS, LLC; OPENAI HOLDCO, LLC; OPENAI INVESTMENT; OPENAI STARTUP FUND SPV I, LP; OPENAI STARTUP FUND SPV GP I, LLC,

      Defendants-Appellees.

**DECLARATION OF CHRISTOPHER J. CARIELLO IN SUPPORT OF DEFENDANTS-APPELLEES GITHUB, INC. AND MICROSOFT CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF**

1

I, Christopher J. Cariello, declare and state as follows:

1. I am an attorney at law admitted to practice before this Court. I am counsel for Defendants-Appellees GitHub, Inc. and Microsoft Corporation in this matter. This declaration is submitted in support of GitHub and Microsoft's unopposed motion for an extension of time to file their Answering Brief. I have personal knowledge of the matters set forth below, and, if called upon, could and would testify competently thereto.

2. This Court granted Appellants' petition to appeal on December 19, 2024. Appellants' Opening Brief was originally due March 10, 2025.

3. On February 4, 2025, Appellants filed a streamlined request for a 30-day extension of time to file their Opening Brief. The streamlined request was granted on February 5, 2025.

4. Appellants filed their Opening Brief on April 9, 2025.

5. Appellees' answering brief is currently due May 12, 2025.

6. Appellees seek a 60-day extension to, and including, July 11, 2025, to file their answering brief.

I, Christopher J. Cariello, declare and state as follows:

1. I am an attorney at law admitted to practice before this Court. I am counsel for Defendants-Appellees GitHub, Inc. and Microsoft Corporation in this matter. This declaration is submitted in support of GitHub and Microsoft's unopposed motion for an extension of time to file their Answering Brief. I have personal knowledge of the matters set forth below, and, if called upon, could and would testify competently thereto.

2. This Court granted Appellants' petition to appeal on December 19, 2024. Appellants' Opening Brief was originally due March 10, 2025.

3. On February 4, 2025, Appellants filed a streamlined request for a 30-day extension of time to file their Opening Brief. The streamlined request was granted on February 5, 2025.

4. Appellants filed their Opening Brief on April 9, 2025.

5. Appellees' answering brief is currently due May 12, 2025.

6. Appellees seek a 60-day extension to, and including, July 11, 2025, to file their answering brief.

7. The requested extension is warranted due to counsel's ongoing obligations in multiple matters, including: a motion to dismiss in *Advance Local Media LLC v. Cohere Inc.*, No. 25-cv-1305 (S.D.N.Y.), due May 22, 2025; a petition for rehearing en banc in *United States v. Sullivan*, No. 23-927 (9th Cir.), due May 27, 2025; ongoing responsibilities preparing for post-trial motions in *Propel Fuels, Inc. v. Phillips 66 Company*, No. 22-cv-007197 (Cal. Super. Ct. Alameda Cnty.), expected to be due sometime in May; oral argument in *In re Subpoena Internet subscribers of Cox Communications, LLC and CoxCom LLC*, No. 24-3978 (9th Cir.), on June 5, 2025; an opening brief in *Kobayashi v. Williams*, No. H052724 (Cal. 6th D. Ct. App.), due June 6, 2025; a Response-Opening Brief in *Appian Corporation v. Pegasystems, Inc.*, No. 240736 (Va.), due June 9, 2025; and a petition for review in *In the Matter of Certain Organic Light-Emitting Diode Display Modules and Components Thereof*, Inv. No. 337-TA-1378 (USITC), due June 9, 2025.

8. GitHub and Microsoft have exercised due diligence in litigating this case and will file their answering brief by the requested date of July 11, 2025.

3

9. Appellants, through their counsel, have consented to the requested extension.

10. The other Appellees in this appeal intend to file a corresponding 60-day extension request.

11. The court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 5, 2025.

Respectfully submitted,

*/s/ Christopher J. Cariello*
Christopher J. Cariello
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000

*Counsel for Defendants-Appellees GitHub, Inc. and Microsoft Corporation*

4