No. 24-7700

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

J. DOE, 1; J. DOE, 2-5,
individually and on behalf of all others similarly situated,

       Plaintiffs-Appellants,

       v.

GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, LP, a Delaware limited partnership; OPENAI GP, LLC, a Delaware limited liability company; OPENAI STARTUP FUND GP I, LLC, a Delaware limited liability company; OPENAI STARTUP FUND I, LP, a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company; OPENAI OPCO, LLC; OPENAI, LLC; OPENAI GLOBAL, LLC; OAI CORPORATION; OPENAI HOLDINGS, LLC; OPENAI HOLDCO, LLC; OPENAI INVESTMENT; OPENAI STARTUP FUND SPV I, LP; OPENAI STARTUP FUND SPV GP I, LLC,

       Defendants-Appellees.

**NOTICE OF WITHDRAWAL OF ANNETTE L. HURST FOR OPENAI APPELLEES**

1

I, Annette L. Hurst, represent GitHub, Inc. and Microsoft Corporation in the above-captioned matter. Additionally, I was inadvertently added to the docket as counsel for the OpenAI appellees[1]. I respectfully request the court to remove my representation on the docket for the OpenAI appellees. I will continue to represent GitHub, Inc. and Microsoft Corporation.

July 15, 2025                                      Respectfully submitted,

                                                   */s/ Annette L. Hurst*
                                                   Annette L. Hurst
                                                   ORRICK, HERRINGTON &
                                                     SUTCLIFFE LLP
                                                   405 Howard Street
                                                   San Francisco, CA 94105
                                                   (415) 773-5700

*Counsel for Defendants-Appellees
GitHub, Inc. and Microsoft Corporation*

---

[1] OPENAI, INC., a Delaware nonprofit corporation; OPENAI, LP, a Delaware limited partnership; OPENAI GP, LLC, a Delaware limited liability company; OPENAI STARTUP FUND GP I, LLC, a Delaware limited liability company; OPENAI STARTUP FUND I, LP, a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company; OPENAI OPCO, LLC; OPENAI, LLC; OPENAI GLOBAL, LLC; OAI CORPORATION; OPENAI HOLDINGS, LLC; OPENAI HOLDCO, LLC; OPENAI INVESTMENT; OPENAI STARTUP FUND SPV I, LP; OPENAI STARTUP FUND SPV GP I, LLC.

2