**No. 24-7700**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

J. DOE, 1; J. DOE, 2-5,
individually and behalf of all others similarly situated,

*Plaintiffs-Appellants*,

v.

GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, LP, a Delaware limited partnership; OPENAI GP, LLC, a Delaware limited liability company; OPENAI STARTUP FUND GP I, LLC, a Delaware limited liability company; OPENAI STARTUP FUND I, LP, a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company; OPENAI OPCO, LLC; OPENAI, LLC; OPENAI GLOBAL, LLC; OAI CORPORATION; OPENAI HOLDINGS, LLC; OPENAI HOLDCO, LLC; OPENAI INVESTMENT; OPENAI STARTUP FUND SPV I, LP; OPENAI STARTUP FUND SPV GP I, LLC,

*Defendants-Appellees*.

Appeal from the United States District Court for the Northern District of California, No. 4:22-cv-06823, Hon. Jon S. Tigar

**NOTICE OF WITHDRAWAL OF JOSEPH C. GRATZ
FOR GITHUB, INC. AND MICROSOFT CORPORATION**

I, Joseph C. Gratz, represent the OpenAI defendants-appellees[1] in the above-captioned appeal.  Additionally, I was inadvertently added to the docket as counsel for GitHub, Inc. and Microsoft Corporation.  I respectfully request that the Court remove my representation on the docket for GitHub, Inc. and Microsoft Corporation.  I will continue to represent the OpenAI defendants-appellees.

Dated:  July 15, 2025

Respectfully submitted,

/s/ Joseph C. Gratz
JOSEPH C. GRATZ
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel:  (415) 268-6066
JGratz@mofo.com

*Counsel for OpenAI, Inc.; OpenAI, LP; OpenAI GP, LLC; OpenAI Startup Fund GP I, LLC; OpenAI Startup Fund I, LP; OpenAI Startup Fund Management, LLC; OpenAI OpCo, LLC; OpenAI, LLC; OpenAI Global, LLC; OAI Corporation; OpenAI Holdings, LLC; OpenAI HoldCo, LLC; OpenAI Startup Fund SPV I, LP; OpenAI Startup Fund SPV GP I, LLC*

---

[1] The OpenAI defendants-appellees are OpenAI, Inc.; OpenAI, LP; OpenAI GP, LLC; OpenAI Startup Fund GP I, LLC; OpenAI Startup Fund I, LP; OpenAI Startup Fund Management, LLC; OpenAI OpCo, LLC; OpenAI, LLC; OpenAI Global, LLC; OAI Corporation; OpenAI Holdings, LLC; OpenAI HoldCo, LLC; OpenAI Startup Fund SPV I, LP; and OpenAI Startup Fund SPV GP I, LLC.