UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 15 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| J. DOE, 1 and J. DOE, 2-5, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>GITHUB, INC., a Delaware corporation; et al.,<br><br>        Defendants - Appellees. | No. 24-7700<br><br>D.C. No. 4:22-cv-06823-JST<br>Northern District of California, Oakland<br><br>ORDER |

The answering brief submitted by Appellees OpenAI, LLC, et al. is filed.

Within 7 days of this order, Appellees must file 6 copies of the brief in paper format bound with red front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellees OpenAI, LLC, et al. are filed. Within 7 days of this order, Appellees must file 3 copies of the excerpts in paper format securely bound on the left side, with white front cover pages.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT