# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-7700

**Case Name** Doe, et al. v. Github, Inc., et al.

Hearing Location (*city*) San Francisco

Your Name Lisa S. Blatt

List the sitting dates for the two sitting months you were asked to review:

December 1-5
December 8-12
January 5-9

Do you have an unresolvable conflict on any of the above dates?  ●Yes  ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

December 1-5: I am Counsel of Record for the Appellant OpeanAI parties and will be arguing this appeal. I will also be arguing before the U.S. Court of Appeals for the Fifth Circuit in Starbucks Corp. v. NLRB, No. 24-60516, the week of December 1-5 (the specific oral argument date is not yet set).

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes  ●No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Lisa S. Blatt     **Date** 09/08/2025

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**                                                              *New 12/01/2018*