# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-7700

**Case Name** Doe, et al. v. GitHub, Inc., et al.

Hearing Location (*city*) San Francisco

Your Name Christopher J. Cariello

List the sitting dates for the two sitting months you were asked to review:

December 1-5
December 8-12
January 5-9

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

December 8-12: I am Counsel of Record for Appellants Microsoft and GitHub and will be arguing this appeal. I also represent Cox Communications, Inc. in the Supreme Court in Cox Communications, Inc. v. Sony Music Entertainment, No. 24-171, where I will serve as second chair at oral argument. Though the argument date has not been set, based on the briefing schedule set in consultation with the clerk's office, I anticipate that argument will take place the week of December 8-12. If possible, I respectfully request that argument in the above-captioned case not be set during that week.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes ●No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Christopher J. Cariello  **Date** 9/10/25

(use "s/[typed name]" *to sign electronically-filed documents*)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32** New 12/01/2018