```
                    UNITED STATES COURT OF APPEALS            FILED

                            FOR THE NINTH CIRCUIT            SEP 22 2025

                                                          MOLLY C. DWYER, CLERK
                                                           U.S. COURT OF APPEALS
```

| | |
|---|---|
| J. DOE, 1 and J. DOE, 2-5, individually and on behalf of all others similarly situated, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> GITHUB, INC., a Delaware corporation; et al., <br><br> Defendants - Appellees. | No. 24-7700 <br><br> D.C. No. 4:22-cv-06823-JST <br> Northern District of California, Oakland <br><br> ORDER |

The reply brief submitted by Appellants is filed.

Appellants must file 6 copies of the brief in paper format securely bound on the left side with gray front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be addressed to the Clerk's principal office and mailed or transmitted to a delivery service within 7 days of this order. The delivery address is 95 Seventh Street, San Francisco, CA 94103. The U.S. Mail address is P.O. Box 193939, San Francisco, CA 94119-3939.

The excerpts of record submitted by Appellants are filed. Volume 2 is filed under seal. No paper copies of the excerpts are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT