# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-7700

**Case Name** Doe, et al. v. Github, Inc., et al.

Hearing Location (*city*) San Francisco

Your Name Lisa S. Blatt

List the sitting dates for the two sitting months you were asked to review:

February 9-13; March 2-6, 9-13

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I will be unavailable March 4-6 & March 9-13 due to a long-planned family vacation over spring break.

I have conferred with counsel for the other parties, and all counsel are available on the remaining sitting dates.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes ●No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Lisa S. Blatt        **Date** 10/31/2025

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                                                 *New 12/01/2018*